IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SAFECO INSURANCE COMPANY**
**OF AMERICA**                                                                                         **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 3:19-CV-56-GHD-RP**

**STEPHEN BLACKWELL, INDIVIDUALLY**
**AND AS PARENT AND NATURAL GUARDIAN OF**
**C.B., HEATHER JORDAN, AUSTIN STULL,**
**TYLER JORDAN, HAYLEY HARDY,**
**VENGROFF WILLIAMS, INC., FEDEX FREIGHT, INC.,**
**CIGNA HEALTH AND LIFE INSURANCE COMPANY, INC.,**
**BAPTIST-MEMORIAL HOSPITAL-DESOTO, INC.,**
**METHODIST HEALTHCARE MEMPHIS HOSPITALS,**
**SHELBY COUNTY HEALTH CARE CORPORATION,**
**UT REGIONAL ONE PHYSICIANS, INC.,**
**UT MEDICAL GROUP, INC., AND**
**DESOTO FAMILY MEDICAL CENTER, P.A.**                              **DEFENDANTS**

**ORDER DENYING MOTION TO FILE**
**UNREDACTED COMPLAINT UNDER SEAL**

Plaintiff Safeco Insurance Company of America ("Safeco") seeks an order permitting it to file a unredacted version of its Complaint under seal under Federal Rule of Civil Procedure 5.2 and Local Uniform civil Rules 5.2 and 79. Docket 2. Safeco explains that the Complaint filed on March 18, 2019, identifies two minors by their initials (Docket 1); however, Safeco requests permission to file a completely unredacted Complaint containing the full names of the two minors under permanent seal. *Id.*

Under Federal Rule of Civil Procedure 5.2, electronic filings that contain the name of an individual known to be a minor may include only the minor's initials. F.R.Civ.P. 5.2(a)(3). Similarly, this Court's Administrative Procedures for Electronic Case Filing include "names of minor children" among the personal identifiers which counsel must refrain from including or

partially redact in pleadings and exhibits filed with the Court. Admin. Procedures for Elect. Case Filing 9.2. The Administrative Procedures state that "[i]f the involvement of a minor child must be mentioned, only the initials of that child should be used." *Id*.

Safeco's motion fails to identify the "clear and compelling reasons" why redacting the minors' names to their initials is insufficient to "protect against disclosure of privacy rights of two minor children." The Court is satisfied that the Complaint in its current form complies with the Federal Rules of Civil Procedure and this Court's Local Uniform Civil Rules and Administrative Procedures for Electronic Case Filing and, therefore, **DENIES** Safeco Insurance Company of America's Motion to File Unredacted Complaint Under Seal.

**SO ORDERED**, this the 20th day of March, 2019.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE